FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERRY JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SYLVIA GARCIA, Warden,<br><br>　　　　　Respondent. | No. ED CV 07-108-VAP (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: January 15, 2008

　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE